UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SANTIAGO REYES, Individually and on Behalf of   **08-CV-03315 (RJH)**
All Other Persons Similarly Situated,

                Plaintiffs,   **RULE 7.1 STATEMENT**

   -against-

PREFERRED PAYMENT SYSTEMS CORP. MARK
BARONE, MARK PETRUZZELLI and RUDI
PURISIC (All Doing Business as "Parking Systems"),
And JOHN DOES #1-10,

                Defendants.
-------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the F.R.C.P. and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant, PREFERRED PAYMENT SYSTEMS CORP, states that there are no parent corporations or any publicly held corporation which owns 10% or more of its stock.

Dated: Lake Success, New York
       May 13, 2008

                                  MILMAN LABUDA LAW GROUP PLLC

                  By:   /s/_____
                         Joseph M. Labuda (JL-5213)
                         Attorneys for Defendants
                         3000 Marcus Avenue, Suite 3W3
                         Lake Success, NY  11042
                         (516) 328-8899