

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANTIAGO REYES, Individually and on Behalf of
All Other Persons Similarly Situated,

                              Plaintiffs,
    -against-

PREFERRED PAYMENT SYSTEMS CORP. MARK
BARONE, MARK PETRUZZELLI and RUDI
PURISIC (All Doing Business as "Parking Systems"),
And JOHN DOES #1-10,

                              Defendants.
-----------------------------------------------------------------X

08-CV-03315 (RJH)

**PROPOSED
SCHEDULING
ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

1. Description of the Case
    a. <u>Identify the attorneys of record for each party, including lead trial attorney</u>

    | Plaintiffs | Defendants |
    |---|---|
    | William C. Rand, Esq.(lead) | Joseph M. Labuda, Esq. |
    | Law Offices of William Coudert Rand | Milman Labuda Law Group PLLC |
    | 711 Third Avenue, Suite 1505 | 3000 Marcus Avenue, Suite 3W3 |
    | New York, NY 10017 | Lake Success, NY 11042 |
    | (212) 286-1425 | (516) 328-8899 |
    | Fax (212) 599-7909 | Fax (516) 328-0082 |

    Jeffrey M. Gottlieb, Esq.
    Law Offices of Jeffrey M. Gottlieb
    150 East 18th Street, Suite PHR
    New York, NY 10003
    (212) 228-9795
    Fax (212) 982-6284

    b. <u>State the basis for federal jurisdiction</u>
    Subject matter jurisdiction under the FLSA, 29 U.S.C. §201.

    c. <u>Briefly describe the claims asserted in the complaint and any counterclaims</u>
    Plaintiff seeks damages for unpaid wages on behalf of himself and on behalf of a class of plaintiffs under New Yrok State Law and a collective class of plaintiffs under the FLSA.

    d. <u>State the major legal and factual issues in the case</u>
    - Whether defendants properly paid plaintiff.
    - Whether the individual defendants are liable for any unpaid wages.
    - Whether a class action and/or collective action are appropriate.

  e. Describe the relief sought
  Plaintiff seeks declaratory judgment, injunction, unpaid wages, liquidated damages, costs, interests and attorneys fees.

2. Proposed Case Management Plan
 a. Identify all pending motions
 None-Plaintiff expects to make a motion for approval of notice to the collective action class.

 b. Proposed cutoff date for joinder of additional parties
 January 31, 2009

 c. Proposed cutoff date for amendments to pleadings
 March 31, 2009

 d. Proposed schedule for completion of discovery, including
  i. A date for Rule 26(a)1) disclosures, if not previously completed
  June 1, 2008
  ii. A fact discovery completion date
  March 31, 2009
  iii. A date for Rule 26(a)(2) disclosures
  February 1, 2009
  iv. An expert discovery completion date, including dates for delivery of expert reports
  May 1, 2009

 e. Proposed date for filing dispositive motions
 June 31, 2009

 f. Proposed date for filing a final pretrial order
 45 days after all dispositive motions are decided by Court.

 g. Proposed trial schedule, indicating
  i. Whether a jury trial is requested;
  Yes.
  ii. The probable length of trial
  5 days.
  iii. When the case will be ready for trial
  30 days after filing of final pretrial order.

3. Consent to Proceed Before a Magistrate Judge: Indicate whether the parties consent unanimously to proceed before a Magistrate Judge.
 No.

2

4.  Status of Settlement Discussions
    a.  Indicate whether any settlement discussions have occurred
        None.
    b.  Describe the status of any settlement discussions
        Not applicable.

    c.  Whether parties request a settlement conference
        Not at this time. The parties concur that some factual discovery is necessary before any meaningful settlement discussions could take place.

For the Plaintiff:
LAW OFFICES OF WILLIAM
COUDERT RAND
By: _____
William C. Rand, Esq.
711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425

For the Defendants:
MILMAN LABUDA LAW GROUP PLLC
By: _____
Joseph M. Labuda, Esq.
3000 Marcus Avenue, Ste. 3W3
Lake Success, New York 11042
(516) 328-8899

SO ORDERED:
_____
Richard J. Holwell U.S.D.J
5/20/08

5. In light of the extended discovery schedule, no extensions will be granted.
6. A status conference will be held on 4/10/09 at 10:00 a.m.
7. The 5/22/08 conference is cancelled.

3