## CONSENT TO BECOME PARTY PLAINTIFF

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of Preferred Payment Systems Corp, Systems Parking, to pay me overtime wages as required under state and/or federal law and also authorize Pacifico the filing of this consent in the action(s) challenging such conduct. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Hector S Cortes_    03 23 08    HECTOR S CORTES
Signature              Date       Print Name